In re: Harold Alfred Monteau
Case No._____

## Declaration Regarding Filing Requirements

I, Harold Alferd Monteau, declare the following under penalty of perjury:

☒ I receive no income.

☐ I do not earn wages and receive only a small monthly pension.

☐ I am self-employed and do not have payment advices.

☒ I have no interest in any educational individual retirement account or State tuition program.

Dated: 1/18/2010

Harold Alfred Monteau